HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re CTI BIOPHARMA SHAREHOLDER DERIVATIVE ACTION | NO.  2:16-cv-00756-RSL<br><br>Consolidated with 2:16-cv-01250-RSL<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

WHEREAS, the parties ("Federal Settling Parties") to the above-referenced action entered into a Stipulation of Settlement dated October 24, 2017;

WHEREAS, said Stipulation of Settlement resolved the claims asserted in the above-referenced action as part of a global settlement of derivative claims brought on behalf of the Nominal Defendant CTI Biopharma Corp. that also included two actions brought in the Superior Court of the State of Washington for King County, captioned *Hammond v. Bianco, et al.,* 16-2-05818-3, and *Eley v. Bianco, et al.,* 16-2-14422-5;

WHEREAS, on January 31, 2018, the Superior Court of the State of Washington for King County held a final Fairness Hearing to consider the fairness and adequacy of the Stipulation of Settlement and entered an Order Approving Settlement and Judgment ("Final Order") on January 31, 2018;

STIPULATION OF DISMISSAL WITH PREJUDICE
(2:16-cv-00756 RSL) - 1
4810-8280-1758v.2 0088359-000012

Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1  WHEREAS, the time to appeal from said Final Order has run and no appeal has been filed;

2  WHEREAS, the Federal Settling Parties and their respective counsel agree that at all times the Federal Settling Parties and their counsel complied with the requirements of Rule 11 of the Federal Rules of Civil Procedure;

WHEREAS, the Federal Settling Parties desire to consummate the final steps of the Stipulation of Settlement by requesting this Court's approval of the dismissal of this action;

IT IS THEREFORE HEREBY STIPULATED AND AGREED,

Pursuant to Fed. R. Civ. P. 41(a)(2), the terms of the Stipulation of Settlement, and the terms of the Final Order, the Federal Settling Parties hereby stipulate to the voluntary dismissal of this action with prejudice, on the merits, based on res-judicata principles, and with each party bearing its own costs, and seek this Court's approval of said dismissal.

Dated this 7th day of March, 2018.

Respectfully submitted,

| | |
|---|---|
| **DAVIS WRIGHT TREMAINE LLP** | **TERRELL MARSHALL LAW GROUP** |
| By: s/ *Brendan T. Mangan*<br>    Brendan T. Mangan, WSBA #17231<br>1201 Third Ave., Suite 2200<br>Seattle, Washington 98101<br>Telephone: (206) 622-3150<br>Facsimile: (206) 757-5770<br>Email: brendanmangan@dwt.com | By: *s/ Beth E. Terrell*<br>    Beth E. Terrell, WSBA #26759<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450<br>Email: bterrell@terrellmarshall.com |
| **O'MELVENY & MYERS LLP** | **FARUQI & FARUQI, LLP** |
| By: *s/ Ross B. Galin*<br>    Ross B. Galin, NYBA #4069035<br>    Leah Godesky , NYBA #4819379<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Email: rgalin@omm.com<br>Email: lgodesky@omm.com<br><br>*Counsel for Defendants and Nominal Defendant* | By: *s/ Stuart J. Guber*<br>    Stuart J. Guber<br>101 Greenwood Avenue, Suite 600<br>Jenkintown, Pennsylvania 19046<br>Telephone: (215) 277-5770<br>Facsimile: (215) 277-5771<br>Email: sguber@faruqilaw.com<br><br>*Counsel for Plaintiffs Nahar and Velayudhan*<br><br>**- And –** |

STIPULATION OF DISMISSAL WITH PREJUDICE
(2:16-cv-00756 RSL) - 2
4810-8280-1758v.2 0088359-000012

1
2      **LEE & LEE, PS**
3      By: *s/ Bethany C. Mito*
4          Nelson K.H. Lee, WSBA #23590
           Bethany Mito, WSBA #42918
5      1001 4th Ave., Suite 4368
       Seattle, WA 98154
6      Telephone: (206) 458-6986
       Facsimile: (206) 458-6816
7      Email: bethany.lee@leeandleelaw.com
       Email: nelson.lee@leeandleelaw.com
8
9      **GAINEY McKENNA & EGLESTON**
10     By: *s/ Thomas J. McKenna*
           Thomas J. McKenna, Admitted *pro hac vice*
11         Gregory M. Egleston, NYBA #2891455
       440 Park Avenue South, 5th Floor
12     New York, NY 10016
       Telephone: (212) 983-1300
13     Facsimile: (212) 983-0383
       Email: tjmckenna@gme-law.com
14     Email: gegleston@gme-law.com
15
       *Counsel for Plaintiff Hill*
16

17                           **ORDER**

18     Pursuant to the foregoing Stipulation, this action and all claims asserted herein are

19  DISMISSED WITH PREJUDICE.

20     DATED this _____ day of _____, 2018.

21
                                           _____
22                                         ROBERT S. LASNIK
                                           UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28  STIPULATION OF DISMISSAL WITH PREJUDICE
    (2:16-cv-00756 RSL) - 3
    4810-8280-1758v.2 0088359-000012

Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

All Counsel of Record

I also hereby certify that a copy was mailed by United States Postal Service to the following non-CM/ECF participants.

N/A

s/ *Brendan T. Mangan*
Brendan T. Mangan

STIPULATION OF DISMISSAL WITH PREJUDICE
(2:16-cv-00756 RSL) - 4
4810-8280-1758v.2 0088359-000012

Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax