HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re CTI BIOPHARMA SHAREHOLDER DERIVATIVE ACTION | NO. 2:16-cv-00756-RSL<br><br>Consolidated with 2:16-cv-01250-RSL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

## STIPULATION

WHEREAS, the parties ("Federal Settling Parties") to the above-referenced action entered into a Stipulation of Settlement dated October 24, 2017;

WHEREAS, said Stipulation of Settlement resolved the claims asserted in the above-referenced action as part of a global settlement of derivative claims brought on behalf of the Nominal Defendant CTI Biopharma Corp. that also included two actions brought in the Superior Court of the State of Washington for King County, captioned *Hammond v. Bianco, et al.*, 16-2-05818-3, and *Eley v. Bianco, et al.*, 16-2-14422-5;

WHEREAS, on January 31, 2018, the Superior Court of the State of Washington for King County held a final Fairness Hearing to consider the fairness and adequacy of the Stipulation of Settlement and entered an Order Approving Settlement and Judgment ("Final Order") on January 31, 2018;

STIPULATION OF DISMISSAL WITH PREJUDICE
(2:16-cv-00756 RSL) - 1
4810-8280-1758v.2 0088359-000012

Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

WHEREAS, the time to appeal from said Final Order has run and no appeal has been filed;

WHEREAS, the Federal Settling Parties and their respective counsel agree that at all times the Federal Settling Parties and their counsel complied with the requirements of Rule 11 of the Federal Rules of Civil Procedure;

WHEREAS, the Federal Settling Parties desire to consummate the final steps of the Stipulation of Settlement by requesting this Court's approval of the dismissal of this action;

IT IS THEREFORE HEREBY STIPULATED AND AGREED,

Pursuant to Fed. R. Civ. P. 41(a)(2), the terms of the Stipulation of Settlement, and the terms of the Final Order, the Federal Settling Parties hereby stipulate to the voluntary dismissal of this action with prejudice, on the merits, based on res-judicata principles, and with each party bearing its own costs, and seek this Court's approval of said dismissal.

Dated this 7th day of March, 2018.

Respectfully submitted,

**DAVIS WRIGHT TREMAINE LLP**

By: s/ *Brendan T. Mangan*
    Brendan T. Mangan, WSBA #17231
1201 Third Ave., Suite 2200
Seattle, Washington 98101
Telephone: (206) 622-3150
Facsimile: (206) 757-5770
Email: brendanmangan@dwt.com

**O'MELVENY & MYERS LLP**

By: s/ *Ross B. Galin*
    Ross B. Galin, NYBA #4069035
    Leah Godesky, NYBA #4819379
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Email: rgalin@omm.com
Email: lgodesky@omm.com

*Counsel for Defendants and Nominal Defendant*

**TERRELL MARSHALL LAW GROUP**

By: s/ *Beth E. Terrell*
    Beth E. Terrell, WSBA #26759
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: bterrell@terrellmarshall.com

**FARUQI & FARUQI, LLP**

By: s/ *Stuart J. Guber*
    Stuart J. Guber
101 Greenwood Avenue, Suite 600
Jenkintown, Pennsylvania 19046
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
Email: sguber@faruqilaw.com

*Counsel for Plaintiffs Nahar and Velayudhan*

– And –

STIPULATION OF DISMISSAL WITH PREJUDICE
(2:16-cv-00756 RSL) - 2
4810-8280-1758v.2 0088359-000012

**LEE & LEE, PS**

By: *s/ Bethany C. Mito*
    Nelson K.H. Lee, WSBA #23590
    Bethany Mito, WSBA #42918
1001 4th Ave., Suite 4368
Seattle, WA 98154
Telephone: (206) 458-6986
Facsimile: (206) 458-6816
Email: bethany.lee@leeandleelaw.com
Email: nelson.lee@leeandleelaw.com

**GAINEY McKENNA & EGLESTON**

By: *s/ Thomas J. McKenna*
    Thomas J. McKenna, Admitted *pro hac vice*
    Gregory M. Egleston, NYBA #2891455
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Counsel for Plaintiff Hill*

## ORDER

Pursuant to the foregoing Stipulation, this action and all claims asserted herein are DISMISSED WITH PREJUDICE.

DATED this 7th day of March, 2018.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE
(2:16-cv-00756 RSL) - 3
4810-8280-1758v.2 0088359-000012

Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax